# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACY KIRK and TIM KIRK, Individually and as Husband and Wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 16-cv-375-TCK-TLW ) |
| SAFECO INSURANCE COMPANY, OF AMERICA, a Foreign Corporation, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Tracy Kirk and Tim Kirk ("Plaintiffs"), by and through their counsel of record, Joseph F. Bufogle, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiffs' claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
NEWTON O'CONNOR TURNER & KETCHUM, PC
15 West Sixth Street, Suite 2700
Tulsa, OK 74119-5423
(918) 587-0101 telephone
(918) 587-0102 facsimile
boconnor@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT,
SAFECO INSURANCE COMPANY**

-and-

s/Joseph F. Bufogle*
Joseph F. Bufogle, Sr., OBA No. 10554
BUFOGLE & ASSOCIATES, PC
2405 East Skelly Drive
Tulsa, OK 74105
(918) 587-3407 telephone
(918) 587-3437 facsimile
jfbufogle@msn.com

**ATTORNEY FOR PLAINTIFFS,
TRACY KIRK and TIM KIRK**

*Signed by filing attorney with permission of Plaintiffs' attorney